PROB 12C
(7/93)

Report Date: December 20, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfredo Portillo-Escalante    Case Number: 2:10CR00174-001  RMP

A.K.A.: Eduardo Castillo-Caramco, Jose Francisco Delson

Name of Sentencing Judicial Officer: The Honorable Donovan W. Frank, District of Minnesota

Date of Original Sentence: 10/16/2002

Original Offense:      Alien in the United States After Deportation, 8 U.S.C. § 1326

Original Sentence:     Prison - 60 months;              Type of Supervision: Supervised release
                       TSR - 24 months

Asst. U.S. Attorney:   Pamela J. Byerly                 Date Supervision Commenced: 10/20/2006

Defense Attorney:      John Barto McEntire, IV          Date Supervision Expires: 10/19/2008

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: According to a petition filed by the U.S. Probation Office in the District of Minnesota on April 18, 2008, this offender was arrested on March 8, 2008, for driving while under the influence of intoxicants (DUI). Details of the offense reflect that the offender was involved in a motor vehicle accident. He submitted to a blood alcohol content test via breath sample, which revealed his alcohol concentration level to be .197. When informed that he was being arrested, Mr. Portillo-Escalante ran from officers, and was eventually apprehended. He was released before the issuance of the warrant in the District of Minnesota, and failed to resolve the outstanding DUI charge. The supervised release warrant in this matter was issued on April 22, 2008. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Special Condition # f**: The defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS) and, if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. Upon any reentry to the |

Prob12C
Re: Portillo-Escalante, Alfredo
December 20, 2010
Page 2

United States during the period of court-ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours.

**Supporting Evidence**: As noted in violation number 1, it is alleged the offender was found in the United States illegally on March 8, 2008.

Furthermore, the offender currently has a pending case for illegal reentry before Your Honor, under case number 2:10CR00126-001.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/2010

s/ Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*(signature)*
Signature of Judicial Officer

December 20, 2010
Date